SEALED FILED



MAY 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. 2:11-CR-0216 MCE
                                 )
           Plaintiff,            )   ORDER TO SEAL
     v.                          )   (UNDER SEAL)
                                 )
DESHAWN A. RAY,                  )
                                 )
           Defendant.            )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: May 12, 2011

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1