**FILED**
May 16, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:11-CR-00216-MCE
           Plaintiff,   )
v.                      )  ORDER FOR RELEASE OF
                        )  PERSON IN CUSTODY
DESHAWN A. RAY,         )
                        )
           Defendant.   )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DESHAWN A. RAY</u>, Case No. <u>2:11-CR-00216-MCE</u>, Charge <u>Title 18 USC § 1344</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)  <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 16, 2011</u> at <u>3:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge