```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00216-MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO JULY 28, |
| v. | ) | 2011, AT 9:00 A.M. |
| | ) | |
| DESHAWN A. RAY, | ) | Date:  June 23, 2011 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

    THE PARTIES STIPULATE, through counsel, Matthew G. Morris, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Deshawn A. Ray, that the Court should vacate the status conference scheduled for June 23, 2011, at 9:00 a.m., and reset it for July 28, 2011, at 9:00 a.m.

    Counsel for defendant requires further time to review discovery and confer with Mr. Ray.

    The parties further stipulate that the Court should exclude the period from the date of this order through July 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

1

1  The parties stipulate that the ends of justice served by granting Mr.
2  Ray's request for a continuance outweigh the best interest of the
3  public and Mr. Ray in a speedy trial, and that this is an appropriate
4  exclusion of time for defense preparation within the meaning of 18
5  U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

6  Dated: June 23, 2011                Respectfully submitted,

7                                      DANIEL BRODERICK
                                       Federal Defender
8
                                       /s/ M.Petrik
9
                                       _____
10                                     MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

11 Dated: June 23, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
12
                                       /s/ M.Petrik for
13
                                       _____
14                                     MATTHEW G. MORRIS
                                       Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to July 28, 2011, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3