```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00216-MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO NOVEMBER 17, 2011, AND EXCLUDING TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT |
| v. ) | |
| DESHAWN RAY ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendant, Deshawn Ray, by and through his attorney, Julius Engel, hereby stipulate as follows:

The parties agree that the case be continued to November 17, 2011. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

a) The parties are attempting to determine the bounds of a possible resolution to the case without trial. The government has provided discovery to the defense, and the parties are in discussions about whether a debrief session would help resolve the case.

b) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of October 13, 2011 to November 17, 2011, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4 because the delay results from a continuance granted by the Court at the defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.  See Bloate v. United States, 130 S. Ct. 1345, 1357-58 (2011).

**IT IS SO STIPULATED.**

DATED: October 7, 2011   /s/ Matthew Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: October 7, 2011   /s/ Julius Engel, (as authorized 10/6/11)
JULIUS ENGEL
Attorney for DESHAWN RAY

**IT IS SO ORDERED.**

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2