UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00216-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| DESHAWN A. RAY, | |
| Defendant. | |

The Court is in receipt of the Government's memorandum regarding the status of this case and ex parte request (ECF No. 201) to vacate Defendant Deshawn Ray's April 9, 2015, sentencing hearing and deadlines for filing sentencing memoranda. Good cause having been shown the judgment and sentencing set for that date is VACATED, and all attendant deadlines are SUSPENDED.

///
///
///
///
///
///
///

1

1 | This matter will stay on the Court's April 9, 2015, calendar for a status conference
2 | regarding Defendant's counsel and further scheduling.
3 |         IT IS SO ORDERED.
4 | Dated:  April 6, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT