1 | LAW OFFICES OF SCOTT L. TEDMON
2 | A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
3 | 980 Ninth Street, 16th Floor
Sacramento, California 95814
4 | Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
5
6 | Attorney for Defendant
DESHAWN A. RAY
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-00216-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER RE: RESETTING STATUS CONFERENCE; SENTENCING** |
| vs. | ) ) | |
| DESHAWN A. RAY, | ) ) | Date:   May 14, 2015 |
| Defendant. | ) ) ) | Time:   9:00 a.m. Judge:  Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Matthew G. Morris, and defendant Deshawn A. Ray, by and through counsel Scott L. Tedmon, hereby agree and stipulate the status conference currently set for Thursday, May 14, 2015 at 9:00 a.m. be continued to Thursday, June 25, 2015 at 9:00 a.m.  The parties further agree and stipulate the sentencing date currently set for Thursday, June 25, 2015 at 9:00 a.m. be continued to Thursday, July 30, 2015 at 9:00 a.m.   The basis for this stipulation is as follows:

1. On April 9, 2015, Scott L. Tedmon was appointed by the Court to represent defendant Deshawn A. Ray in his post-trial matters.  The Court set a status conference for Thursday, May 14, 2015 at 9:00 a.m. and

sentencing for June 25, 2015 at 9:00 a.m.

2. As part of his representation of defendant Deshawn A. Ray, Mr. Tedmon ordered the trial transcripts to review for potential issues related to possible post-trial motions and sentencing. Mr. Tedmon's review of the trial transcripts is necessary for a proper and thorough review of the case. As of this date, the trial transcripts have not been provided but are expected to be delivered in the near future.

3. Given the current status of the case, Mr. Tedmon cannot yet provide the Court with an accurate update as to whether any post-trial motions will be filed on behalf of defendant Deshawn A. Ray.

4. Once the trial transcripts are received, reviewed, and analyzed by Mr. Tedmon, a determination can be made regarding whether any post-trial motions will be filed. Further, additional time is necessary to properly prepare for defendant Deshawn A. Ray's sentencing.

Based on the foregoing, the undersigned parties agree and stipulate the status conference currently set for Thursday, May 14, 2015 at 9:00 a.m. be continued to Thursday, June 25, 2015 at 9:00 a.m. The undersigned parties further agree and stipulate the sentencing date currently set for Thursday, June 25, 2015 at 9:00 a.m. be continued to Thursday, July 30, 2015 at 9:00 a.m.

**IT IS SO STIPULATED**.

DATED: May 11, 2015                           BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Matthew G. Morris
                                              MATTHEW G. MORRIS
                                              Assistant United States Attorney

DATED:  May 11, 2015         LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Deshawn A. Ray

### ORDER

**GOOD CAUSED APPEARING** and based on the foregoing stipulation, it is hereby ordered the status conference currently set for Thursday, May 14, 2015 at 9:00 a.m. be continued to Thursday, June 25, 2015 at 9:00 a.m.  Additionally, it is hereby ordered the sentencing date currently set for Thursday, June 25, 2015 at 9:00 a.m. be continued to Thursday, July 30, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT