LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
DESHAWN A. RAY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DESHAWN A. RAY,<br><br>　　　　　Defendant. | Case No. 2:11-CR-00216-MCE<br><br>**STIPULATION AND ORDER RE: RULE 33 BRIEFING SCHEDULE; VACATE STATUS AND SENTENCING DATES**<br><br>Date:　June 25, 2015<br>Time:　9:00 a.m.<br>Judge:　Morrison C. England, Jr. |

　　　The United States of America, by and through Assistant United States Attorney Matthew G. Morris, and defendant Deshawn A. Ray, by and through counsel Scott L. Tedmon, hereby agree and stipulate the status conference currently set for Thursday, June 25, 2015 at 9:00 a.m. be vacated and a briefing schedule be set for defendant Ray's Rule 33 Motion for a New Trial.  In summary, defense counsel reviewed the trial transcript along with certain pretrial hearings and determined the filing of a Rule 33 Motion for a New Trial is appropriate.  Defense counsel advised the government of his summary review of the record and the government does not object to the setting of a briefing schedule for defendant Ray's Rule 33 Motion for a New Trial.  The proposed briefing schedule is as follows:

Stipulation and Order　　　　　　　　　　　　　　　　　　　　　　Case No. 2:11-CR-00216-MCE

Defendant's Rule 33 Motion to be filed on or before:  July 16, 2015

Government's Opposition to be filed on or before:  July 30, 2015

Defendant's Reply to Gov. Opp. to be filed on or before:  August 6, 2015

Hearing on Defendant's Rule 33 motion:  August 20, 2015 at 9:00 a.m.

The parties further agree and stipulate the current sentencing date of July 30, 2015 be vacated and reset, if necessary, after the Court rules on defendant Ray's Rule 33 Motion for a New Trial.

Based on the foregoing, the undersigned parties agree and stipulate the status conference currently set for Thursday, June 25, 2015 at 9:00 a.m. be vacated and the briefing schedule set forth above for defendant Ray's Rule 33 Motion for a New Trial be ordered.  Finally, the undersigned parties further agree and stipulate the sentencing date currently set for Thursday, July 30, 2015 at 9:00 a.m. be vacated and reset, if necessary, after the Court rules on Defendant Ray's Rule 33 Motion for a New Trial.

**IT IS SO STIPULATED**.

DATED:  June 24, 2015            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew G. Morris
                                 MATTHEW G. MORRIS
                                 Assistant United States Attorney

DATED:  June 24, 2015            LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                 SCOTT L. TEDMON
                                 Attorney for Defendant Deshawn A. Ray

# ORDER

**GOOD CAUSED APPEARING** and based on the foregoing stipulation, it is hereby ordered the status conference currently set for Thursday, June 25, 2015 at 9:00 a.m. is vacated and the briefing schedule set forth above for Defendant Ray's Rule 33 Motion for a New Trial is hereby adopted.  Finally, it is hereby ordered the sentencing date currently set for Thursday, July 30, 2015 at 9:00 a.m. is vacated and will be reset, if necessary, after the Court rules on Defendant Ray's Rule 33 Motion for a New Trial.

**IT IS SO ORDERED.**

Dated:  June 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT