LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
DESHAWN A. RAY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAWN A. RAY,<br><br>Defendant. | Case No. 2:11-CR-00216-MCE<br><br>**STIPULATION AND ORDER RE: DEFENDANT DESHAWN A. RAY'S RULE 33 REVISED BRIEFING SCHEDULE** |

The United States of America, by and through Assistant United States Attorney Matthew G. Morris, and defendant Deshawn A. Ray, by and through counsel Scott L. Tedmon, hereby agree and stipulate the current briefing schedule for defendant Ray's Rule 33 Motion for a New Trial be revised to provide defense counsel necessary additional time to prepare the motion.  The proposed revised briefing schedule is as follows:

Defendant's Rule 33 Motion to be filed on or before:  August 20, 2015

Government's Response to be filed on or before:  September 3, 2015

Defendant's Reply to be filed on or before:  September 10, 2015

Hearing on Defendant's Rule 33 Motion: September 17, 2015 at 9:00 a.m.

Stipulation and Order                                                               Case No. 2:11-CR-00216-MCE

1

Based on the foregoing, the undersigned parties agree and stipulate the revised briefing schedule set forth above for defendant Ray's Rule 33 Motion for a New Trial be ordered.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED:  July 20, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Matthew G. Morris<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| DATED:  July 20, 2015 | LAW OFFICES OF SCOTT L. TEDMON<br><br>/s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Deshawn A. Ray |

### ORDER

**GOOD CAUSE APPEARING** and based on the foregoing stipulation, it is hereby ordered the revised briefing schedule set forth above for Defendant Ray's Rule 33 Motion for a New Trial is hereby adopted.

**IT IS SO ORDERED.**

Dated:  July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT