BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216 MCE |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT'S RULE 33 MOTION AND ORDER** |
| v. | |
| DESHAWN A. RAY, | DATE: September 17, 2015 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys BRIAN A. FOGERTY and MATTHEW G. MORRIS and defendant Deshawn A. Ray, by and through his counsel of record, Scott L. Tedmon, hereby agree and stipulate to amend the current briefing schedule for defendant's Rule 33 Motion for a New Trial to provide the government additional time to investigate and respond to the defendant's motion. The proposed amended briefing schedule is as follows:

Government's Response to be filed on or before: September 17, 2015

Defendant's Reply to be filed on or before: September 24, 2015

Hearing on Defendant's Rule 33 Motion: October 1, 2015

STIPULATION AND ORDER                      1

    Based on the foregoing, the undersigned parties agree and stipulate to the amended briefing schedule set forth above, and request that the Court adopt the amended schedule.

    IT IS SO STIPULATED.

Dated:  September 3, 2015            BENJAMIN B. WAGNER  
                                                   United States Attorney

                                                   /s/ BRIAN A. FOGERTY  
                                                   BRIAN A. FOGERTY  
                                                   MATTHEW G. MORRIS  
                                                   Assistant United States Attorney

Dated:  September 3, 2015            /s/ SCOTT L. TEDMON  
                                                   (Authorized 8/28/15)  
                                                   SCOTT L. TEDMON  
                                                   Counsel for Defendant  
                                                   Deshawn A. Ray

BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>DESHAWN A. RAY,<br><br>               Defendant. | CASE NO.  2:11-CR-216 MCE<br><br>**ORDER** |

**GOOD CAUSE APPEARING** and based on the foregoing stipulation of the parties, it is hereby **ORDERED** that the amended briefing schedule for Defendant Deshawn A. Ray's Rule 33 Motion for a New Trial that is set forth in the parties' foregoing stipulation is hereby adopted.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT