LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
DESHAWN A. RAY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>DESHAWN A. RAY,<br><br>                Defendant. | Case No. 2:11-CR-00216-MCE<br><br>**STIPULATION AND ORDER RE: DEFENDANT DESHAWN A. RAY'S RULE 33 REVISED BRIEFING SCHEDULE** |

The United States of America, by and through Assistant United States Attorney Matthew G. Morris, and defendant Deshawn A. Ray, by and through counsel Scott L. Tedmon, hereby agree and stipulate the current briefing schedule for defendant Ray's Rule 33 Motion for a New Trial be revised to provide defense counsel necessary additional time to prepare the reply brief.  The proposed revised briefing schedule is as follows:

Defendant's Reply Brief to be filed on or before:  November 12, 2015

Hearing on Defendant's Rule 33 Motion:  November 19, 2015 at 9:00 a.m.

Based on the foregoing, the undersigned parties agree and stipulate the revised briefing schedule set forth above for defendant Ray's Rule 33 Motion for a

New Trial be ordered.

**IT IS SO STIPULATED**.

DATED: October 28, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew G. Morris
                                MATTHEW G. MORRIS
                                Assistant United States Attorney

DATED: October 28, 2015         LAW OFFICES OF SCOTT L. TEDMON

                                /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Defendant Deshawn A. Ray


## ORDER

    GOOD CAUSE APPEARING and based on the foregoing stipulation, it is hereby ordered the revised briefing schedule set forth above for Defendant Ray's Rule 33 Motion for a New Trial is hereby adopted.

    IT IS SO ORDERED.

DATED: November 10, 2015

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT