BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DESHAWN A. RAY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:11-CR-216-MCE<br><br>STIPULATION AND ODER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR A NEW TRIAL<br><br>DATE: November 20, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for hearing on the defendant's Motion for a New Trial on November 20, 2015.

　　2.　By this stipulation, parties move to continue the hearing to December 10, 2015.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　The case is awaiting sentencing, so the Speedy Trial Act does not apply.

///

///

///

///

b)  Lead counsel for the government, who also filed a declaration regarding facts relevant to the merits of the motion, is scheduled to be out of town on reserve military duty on November 20, 2015. Counsel for the defendant is scheduled to be out of town on December 3, 2015. The earliest date that both parties are able to be present is December 10, 2015.

IT IS SO STIPULATED.

Dated: November 18, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: November 18, 2015

/s/ SCOTT L. TEDMON
SCOTT L. TEDMON
Counsel for Defendant
DESHAWN A. RAY

**ORDER**

IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT