BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>DESHAWN A. RAY,<br><br>                Defendant. | CASE NO. 2:11-CR-216 MCE<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: April 14, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Deshawn A. Ray, by and through his counsel Scott L. Tedmon, respectfully request that the Court vacate the April 14, 2016, restitution hearing and order that defendant Deshawn A. Ray pay restitution in the amount of $191,891.24 for the following reasons:

       1.     The Court sentenced Mr. Ray on January 21, 2016, and set the matter for a restitution hearing to be held on April 14, 2016. ECF No. 260. Since the sentencing hearing, the parties have conferred regarding the proper restitution amount in this case. Pursuant to those discussions, the parties hereby stipulate and agree that defendant Deshawn A. Ray shall be liable for restitution in the amount of $191,891.24, and that any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim. [1]

---

[1] The parties' stipulations contained herein are an agreement to the appropriate restitution calculation based on the jury verdict; they are not an admission of guilt to those charges by the defendant.

2.     Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

3.     The parties will separately provide to the Clerk of the Court and Probation Office an itemized list of the amounts due to respective victims and the victims' addresses.

IT IS SO STIPULATED.

Dated:  April 11, 2016                           BENJAMIN B. WAGNER
                                                United States Attorney


                                        By:  /s/ BRIAN A. FOGERTY
                                             BRIAN A. FOGERTY
                                             Assistant United States Attorney


Dated:  April 11, 2016                           /s/ SCOTT L. TEDMON
                                                SCOTT L. TEDMON
                                                Attorney for Deshawn A. Ray

# ORDER

The Court has reviewed the Stipulation of the parties for an order holding defendant Deshawn A. Ray liable for restitution in the amount of $191,891.24. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to enter an order holding Deshawn A. Ray liable for restitution in the amount of $191,891.24. The defendant shall pay restitution in the amount of $191,891.24, and any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy. Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The parties are further ordered to provide the Clerk of the Court and the Probation Office within 7 days of this Order an itemized list of the victims, victims' addresses, and amounts owing to each victim. The hearing set for Thursday, April 14, 2016, in this case is hereby vacated.

IT IS SO ORDERED.

**Dated:  April 11, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT