UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00216-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DESHAWN A. RAY, | |
| Defendant. | |

Presently before the Court is Defendant Deshawn Ray's Request for Reimbursement (ECF No. 308), by which Defendant appears to contend he owes no "debt" to the Court. The Court has previously referred two other filings making similar arguments to Defendant's counsel. See ECF No. 306. These filings are frivolous in that there is no question this Court ordered Defendant to pay $191,891.24 in restitution. ECF Nos. 298, 301. As such, any future filings in which Defendant purports to deny the foregoing obligation will be summarily disregarded.

IT IS SO ORDERED.

Dated: July 18, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1