PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-216-MCE |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO SET BRIEFING AND HEARING SCHEDULE |
| v. | DATE: March 23, 2017 |
| DESHAWN A. RAY, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The government moves the Court to continue the hearing on defendant Ray's Motion for Bail Pending Appeal. The government's opposition to the Motion will be due March 13, 2017. The defendant's reply brief, if any, will be due March 20, 2017. The hearing would be on March 23, 2017. By email dated March 13, 2017, attached as Exhibit A, the defendant does not oppose this motion. By email dated March 13, 2017, the Court's Courtroom Deputy informed the undersigned that March 23, 2017, is an available date for the hearing.

Dated: March 13, 2017                    PHILLIP A. TALBERT
                                          United States Attorney

                                          By: /s/ MATTHEW G. MORRIS
                                          MATTHEW G. MORRIS
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DESHAWN A. RAY,<br><br>             Defendant. | CASE NO.  2:11-CR-216-MCE<br><br>ORDER |

The government's Unopposed Motion to Set Briefing and Hearing Schedule is granted. The government's Opposition to the Defendant's Motion for Bail Pending Appeal is due March 13, 2017. The defendant's optional reply brief, if any, is due March 20, 2017. The hearing on the motion will commence at 10:00 a.m. on March 23, 2017.

IT IS SO ORDERED.

Dated:  March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE