LYNETTE KLAWON (SBN CA 136683)
lklawon@selmanlaw.com
**SELMAN BREITMAN LLP**
11766 Wilshire Blvd, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:   (310) 473-2525

Attorneys for Defendant DESHAWN ARLANDIS RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DESHAWN ARLANDIS RAY,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00216-MCE-KJN-1<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>DATE:<br>TIME:<br>COURT:   Hon. Morrison C. England, Jr. |
|---|---|

　　　　Defendant DeShawn Ray, through his attorney, Lynette Klawon, has moved this court for an order sealing documents containing medical information and incarceration records which are Exhibits to the Declaration of Lynette Klawon in support of his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1) ("Compassionate Release") on the grounds that they contain personal identifiable information and sensitive information that should not be available on the public record.

　　　　This request is narrowly tailored to seal only that material for which good cause to seal has been established.

///

///

///

///

Page 1 – RAY ORDER GRANTING REQUEST TO SEAL DOCUMENTS

1    Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

2    The documents subject to the request to seal—Exhibits A, B, C, D, and E—are
3 hereby ordered sealed permanently.  Electronic access to the sealed documents shall
4 be limited to the counsel for the United States and counsel for the defendant, in addition
5 to the Court and authorized court personnel.

6    The Court has considered the factors set forth in <u>Oregonian Publishing Co. v.
7 U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990).  The Court
8 finds that, for reasons stated in Defendant's Request, sealing Exhibits A, B, C, D, and E
9 serves a compelling interest.  The Court further finds that, in the absence of closure, the
10 compelling interests identified by Defendant would be harmed.  In light of the public
11 filing of its Notice to Seal, the Court further finds that there are no additional alternatives
12 to sealing Defendant's Exhibits A, B, C, D, and E that would adequately protect the
13 compelling interests identified by Defendant.

14    IT IS SO ORDERED.

16 Dated: September 22, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Selman Breitman LLP
ATTORNEYS AT LAW

Page 2 - RAY ORDER GRANTING REQUEST TO SEAL DOCUMENTS