LYNETTE KLAWON (SBN CA 136683)
lklawon@selmanlaw.com
**SELMAN BREITMAN LLP**
11766 Wilshire Blvd, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:    (310) 473-2525

Attorneys for Defendant DESHAWN ARLANDIS RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DESHAWN ARLANDIS RAY,<br><br>            Defendant. | Case No. 2:11-cr-00216-MCE-KJN-1<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>DATE:<br>TIME:<br>COURT:   Hon. Morrison C. England, Jr. |

  Defendant DeShawn Ray, through his attorney, Lynette Klawon, has moved this court for an order sealing documents containing medical information which comprise Exhibit A to the Second Supplemental Declaration of Lynette Klawon in support of his Supplemental Memorandum of Points and Authorities re Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1) on the grounds that they contain personal identifiable information and sensitive information that should not be available on the public record.

  This request is narrowly tailored to seal only that material for which good cause to seal has been established.

  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Exhibit A serves a

compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Exhibit A that would adequately protect the compelling interests identified by Defendant.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The documents subject to the request to seal, comprising 38 pages numbered 239 through 276, are hereby ordered sealed permanently. Electronic access to the sealed documents shall be limited to the counsel for the United States and counsel for the defendant, in addition to the court and authorized court personnel.

IT IS SO ORDERED.

Dated:  November 24, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE