LYNETTE KLAWON (SBN CA 136683)
lklawon@selmanlaw.com
**SELMAN BREITMAN LLP**
11766 Wilshire Blvd, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:    (310) 473-2525

Attorneys for Defendant DESHAWN ARLANDIS RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00216-MCE-KJN-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | DATE: |
| DESHAWN ARLANDIS RAY, | TIME: |
| Defendant. | COURT:   Hon. Morrison C. England, Jr. |

Defendant DeShawn Ray, through his attorney, Lynette Klawon, has moved this court for an order sealing documents containing information concerning criminal conduct and documents containing psychological records, which comprise Exhibits D and I, respectively, to his Motion for Relief from Order on the grounds that they contain personal identifiable information and sensitive information that should not be available on the public record.

This request is narrowly tailored to seal only that material for which good cause to seal has been established.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The documents subject to the request to seal Exhibits D and I, comprising 18 pages numbered 1 through 18, are hereby ordered sealed permanently. Electronic access to the sealed documents shall be limited to the counsel for the United States and counsel for the defendant, in addition to the court and authorized court personnel.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE