UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN A. RAY,<br><br>Defendant. | No.  2:11-CR-00216-MCE<br><br><br><br>**ORDER** |

The Motion for Relief from Order (ECF No. 422) is DENIED.

IT IS SO ORDERED.

Dated:  March 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE