1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:11-cr-0216 MCE KJN P

12                  Respondent,

13        v.                                ORDER

14   DESHAWN A. RAY,

15                  Movant.

16

17        Movant is a federal prisoner, proceeding pro se.  On April 1, 2021, the undersigned issued

18   findings and recommendations.  On May 3, 2021, movant filed a motion for the appointment of

19   counsel and an extension of time to file objections.  As discussed below, the motion for counsel is

20   denied, and movant's request for extension is granted.

21        There currently exists no absolute right to appointment of counsel in § 2255 proceedings.

22   See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A

23   authorizes the appointment of counsel at any stage of the case "if the interests of justice so

24   require."  See Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the

25   court does not find that the interests of justice would be served by the appointment of counsel.

26        In addition, movant seeks an extension of time in which to file objections to the findings

27   and recommendations.  Good cause appearing, movant's request is granted.

28   ////

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of counsel (ECF No. 432) is denied without prejudice; and

2. Movant's request for extension (ECF No. 432) is granted; movant shall file his objections, if any, within thirty days from the date of this order.

Dated: May 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ray0216.207+