# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Respondent,<br><br>    v.<br><br>DESHAWN A. RAY,<br><br>              Movant. | No.  2:11-cr-0216 MCE KJN P<br><br><br>ORDER |

Movant is a federal prisoner, proceeding pro se. On April 1, 2021, the undersigned issued findings and recommendations. On May 17, 2021, petitioner was granted thirty days in which to file objections. On June 14, 2021, respondent filed a notice of non-opposition to the court granting, *sua sponte*, an additional thirty days to petitioner to file his objections, or, in the event movant recently filed hastily prepared objections in light of recent events, to supplement such objections. (ECF No. 438.) Respondent's filing is based on putative counsel's declaration explaining her inability to assume representation of movant due to counsel's exigent medical issues, as well as her inability to secure replacement pro bono counsel for movant. (ECF No. 438-1 at 1.) In light of such extenuating circumstances, movant is granted, *sua sponte*, an additional thirty days in which to file his pro se objections, or, in the event he filed hastily prepared objections after recently learning of this turn of events, to supplement such objections.

////

1

Accordingly, IT IS HEREBY ORDERED that movant is granted thirty days from the date of this order in which to file objections or supplemental objections to the April 1, 2021 findings and recommendations.

Dated: June 16, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ray0216.eot2