UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-0216 MCE KJN |
|---|---|
| Respondent, | |
| v. | ORDER |
| DESHAWN A. RAY, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Movant filed objections to the findings and recommendations; respondent filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 1, 2021, (ECF No. 430) are ADOPTED in full.

2. Movant's November 21, 2018 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of the Court is directed to close the companion civil case, No. 2:18-cv-3703 MCE KJN, and to enter judgment.

IT IS SO ORDERED.

Dated: October 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE