# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>DESHAWN A. RAY | )<br>)<br>)<br>)<br>)<br>)<br>) |

Date of Original Judgment: 01/21/2016
Date of Previous Amended Judgment: 05/06/2016
*(Use Date of Last Amended Judgment if Any)*

Case No: 2:11-cr-00216-JAM-KJN-1
USM No: 66076-097

David M. Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 145 months **is reduced to** 132 months. If the amount of time served exceeds 132 months, the sentence is instead reduced to a sentence of time served, in which case, the order should be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

Except as otherwise provided, all provisions of the judgment dated 05/06/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 20, 2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: Up to 10 days from date of this judgment
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*